**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EVARISTUS MACKEY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-11-0373** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **BUREAU OF PRISONS**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this __4th__ day of **SEPTEMBER, 2012**, in accordance with the

accompanying Memorandum, it is **ORDERED** that:

1.   Defendants' Motion to Dismiss, or in the alternative,
     Motion for Summary Judgment (Doc. 13) is GRANTED.

2.   The Clerk of Court is directed to enter judgment in favor
     of Defendants Warden Bledsoe, Attorney L.
     Cunningham; and Bureau of Prisons Trate, Johnson and
     Potter; and against Plaintiff Evaristus Mackey.

3.   The Clerk of Court is directed to close this case.

4.   Any appeal from this order is deemed frivolous and not in
     good faith.  *See* 28 U.S.C. § 1915(a)(3).

        **/s/ A. Richard Caputo**
        **A. RICHARD CAPUTO**
        **United States District Judge**